# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2014

### NO. 03-13-00735-CV

**D & S Residential Services, LP, Appellant**

**v.**

**Melissa Hughes, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the interlocutory order signed by the trial court on October 17, 2013. Having reviewed the record, the Court holds that D & S Residential Services, LP has not prosecuted its appeal and that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.